# EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| *Thurman et al. v. 3M Company et al.* | 2:25-cv-11437-RMG | Thurman, John | AFFF194657 |
| *Stading et al. v. 3M Company et al.* | 2:25-cv-11517-RMG | Taylor, Colette | AFFF230273 |
| *Piganelli et al. v. 3M Company et al.* | 2:25-cv-11527-RMG | Reany, William | AFFF233758 |
| *Fritzsche et al. v. 3M Company et al.* | 2:25-cv-11534-RMG | Gargis, William | AFFF153290 |
| *Marcinko et al. v. 3M Company et al.* | 2:25-cv-11541-RMG | McCall, Elizabeth | AFFF130860 |
| *Rayfield et al. v. 3M Company et al.* | 2:25-cv-11737-RMG | Reynolds, Theron | AFFF170996 |
| *McKay et al. v. 3M Company et al.* | 2:25-cv-11756-RMG | Mixon, Charles | AFFF208190 |
| *Mushnick et al. v. 3M Company et al.* | 2:25-cv-11897-RMG | Robinson, Edwin | AFFF211082 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |